No. 617. L & M REALTY CORP. *v.* LEO, EXECUTRIX. C. A. 4th Cir. Certiorari denied. *Norris E. Halpern* for petitioner. *Samuel Goldblatt* and *Paul M. Lipkin* for respondent.

No. 612. CLAYPOOLE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *James M. Davis, Jr.* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Isabelle R. Cabello* for the United States.

No. 619. BROWNELL, ATTORNEY GENERAL, *v.* WONG KAY SUEY ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Solicitor General Sobeloff, Assistant Attorney General Olney* and *Beatrice Rosenberg* for petitioner. *Charles R. Richey* for respondents.

No. 623. TRAVELERS INSURANCE CO. *v.* PENNSYLVANIA RAILROAD CO. C. A. 6th Cir. Certiorari denied. *Wayne E. Stichter* for petitioner. *Ross W. Shumaker* for respondent.

No. 628. HOUSING AUTHORITY OF THE CITY OF LOS ANGELES *v.* CORDOVA ET AL. Superior Court of Los Angeles County, California, Appellate Department. Certiorari denied. *James J. Arditto* for petitioner. *A. L. Wirin* and *Fred Okrand* for respondents.

No. 575. ALGEMENE KUNSTZIJDE UNIE N. V. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. MR. JUSTICE CLARK took no part in the consideration or decision of this application. *George E. Cleary, Gaylord Davis* and *Silas G. Bernard* for petitioner. *Solicitor*